IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
JAN 2 7 2017
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.       CRIMINAL ACTION NO. 4:09-cr-93

JOSEPH NMN VICK, JR.,

     Defendant.

## ORDER

This matter comes before the Court based on a petition alleging that Joseph NMN Vick, Jr. ("Defendant") violated the terms of his supervised release. On January 26, 2017, the Court held a hearing on this matter. The Court **FINDS** Defendant guilty of violating the terms of his supervised release heretofore imposed, and **REVOKES** the same. Defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **THIRTY (30) MONTHS**. The Court **RECOMMENDS** that Defendant be enrolled in a drug treatment program while incarcerated. Upon release from confinement, Defendant shall no longer be on supervised release.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Defendant, the United States Attorney, the United States Probation Office for the Eastern District of Virginia, and the United States Marshal's Office.

**IT IS SO ORDERED.**

Norfolk, Virginia
January 26, 2017

Raymond A. Jackson
United States District Judge